# United States Court of Appeals for the Federal Circuit

---

**COGNEX CORPORATION AND COGNEX TECHNOLOGY & INVESTMENT CORPORATION,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**MVTEC SOFTWARE GMBH AND MVTEC, LLC,**
*Intervenors.*

---

2011-1098

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-680.

---

## ON MOTION

---

Before BRYSON, *Circuit Judge.*

## ORDER

The International Trade Commission moves to dismiss part of this appeal as untimely, and the other part as moot. Cognex Corporation and Cognex Technology & Investment Corporation oppose. The Commission replies.

We deem it the better course to deny the motion to dismiss without prejudice to the International Trade Commission raising the issue in its brief.

Accordingly,

IT IS ORDERED THAT:

The motion to dismiss is denied without prejudice.

FOR THE COURT

MAR 2 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven M. Bauer, Esq.
    Clint A. Gerdine, Esq.
    Matthew B. Lowrie, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2011

JAN HORBALY
CLERK